Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:        Clerk, U.S. Bankruptcy Court

Re:        UNDISTRIBUTED FUNDS

Case No.:  6:09-bk-23715-DS

Debtor(s): STEVEN PATRICK CARLSON
           KATE CARLSON
           78350 VIA DIAJON
           LA QUINTA, CA 92253

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| STEVEN PATRICK & KATE CARLSON | $25.49 |
| 78350 VIA DIAJON | |
| LA QUINTA, CA 92253 | |

Dated: 9/29/11

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| ROD DANIELSON | | | | | | Date: Sep 28, 2011 | |
|---|---|---|---|---|---|---|---|
| Payee: US BANKRUPTCY COURT | | | | | | | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 0923715 | STEVEN PATRICK & KATE CARLSON | | | 00000 | 25.49 | 0.00 | 25.49 |
| | | | | | | | |
| PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | | | TOTALS: | 25.49 | 0.00 | 25.49 |

---

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

STEVEN PATRICK CARLSON
KATE CARLSON
BALANCE:   [0.00 Claim:00000]
ACCT:
PRINCIPAL: 25.49
CASE: 0923715
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0368212**

CHECK DATE
Sep 28, 2011

AMOUNT
*********25.49**

VOID 45 DAYS FROM DATE

**PAY**  Twenty Five And 49 / 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

_Rod Danielson_

⑆0368212⑆ ⑈122044300⑈ ⑆030⑈100078⑈